**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNION OF CONCERNED SCIENTISTS;<br>ENVIRONMENTAL DEFENSE FUND;<br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL SCIENCE FOUNDATION;<br><br>OFFICE OF MANAGEMENT AND BUDGET;<br>*Defendants*. | Civil Action No. 1:26-cv-03170 |

**NOTICE OF ENTRY OF APPEARANCE**

Notice is given that Erin Murphy is entering an appearance on behalf of Plaintiff Environmental Defense Fund in this proceeding. Erin Murphy was admitted to practice law in this Court on February 4, 2019. Correspondence to Erin Murphy may be sent to the below indicated address.

Respectfully submitted on September 16, 2026.

*/s/ Erin Murphy*
ERIN MURPHY (Bar ID D00532)*
Environmental Defense Fund
555 12th Street, NW, Suite 400
Washington, DC 20004
(202) 572-3525
emurphy@edf.org
*Practicing pursuant to D.C. Ct. App. Rule 49(c)(3)

*Counsel for Plaintiff Environmental Defense Fund*