# SUPREME COURT

## State of Colorado.

**STATE OF COLORADO, ss:**

*I,* ***Marizela Cano*** *, Clerk of the Supreme Court of the State of Colorado, do hereby certify that*

***Ameya Krishna Gehi***

*has been duly licensed and admitted to practice as an*

## *ATTORNEY AND COUNSELOR AT LAW*

*within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the* ***14th*** *day of* ***May*** *A.D.* ***2026*** *and that at the date hereof the said* ***Ameya Krishna Gehi*** *is in good standing at this Bar.*

**IN WITNESS WHEREOF**, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this* ***17th*** *day of* ***September*** *A.D.* ***2026***

***Marizela Cano***

*Clerk*

By

*Deputy Clerk*