**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNION OF CONCERNED SCIENTISTS,<br>and ENVIRONMENTAL DEFENSE FUND<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL SCIENCE FOUNDATION,<br>and OFFICE OF MANAGEMENT AND<br>BUDGET<br><br>*Defendants*. | Civil Action No. 1:26-cv-3170-CKK |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY AMEYA GEHI *PRO HAC VICE***

Upon consideration of the motion for admission *pro hac vice* of attorney Ameya Gehi as counsel for Plaintiff Union of Concerned Scientists the above-captioned matter, and finding that good cause exists to grant the Motion, it is hereby ORDERED that the Motion for Admission *pro hac vice* for Ameya Gehi is GRANTED, and it is further

ORDERED that Ameya Gehi be admitted *pro hac vice* for Plaintiff Union of Concerned Scientists.

DATED this ____ day of _______________, 2026.

______________________________
United States District Court Judge