**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNION OF CONCERNED SCIENTISTS, and ENVIRONMENTAL DEFENSE FUND<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL SCIENCE FOUNDATION, and OFFICE OF MANAGEMENT AND BUDGET<br><br>*Defendants*. | Civil Action No. 1:26-cv-03170-CKK<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

**MOTION FOR ADMISSION OF ATTORNEY NICHOLAS LOH *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(c), Plaintiffs move for the admission and appearance of attorney Nicholas Loh *pro hac vice* in the above-entitled action as counsel for Plaintiff Union of Concerned Scientists This motion is supported by the Declaration of Nicholas Loh, filed herewith.

As set forth in Mr. Loh's declaration, he is admitted and an active member in good standing in the following bars and federal courts: New York State, the U.S. District Court for the Southern District of New York, the U.S. District Court for the Eastern District of New York, the U.S. Court of Appeals for the D.C. Circuit, and the U.S. Court of Appeals for the Second Circuit. Mr. Loh is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

This motion is supported and signed by Hana Vizcarra, a member in good standing of the bar of this Court and counsel in this matter for Plaintiff Union of Concerned Scientists.

DATED: September 17, 2026

Respectfully submitted,

Hana V. Vizcarra (D.C. Bar No. 1011750)
EARTHJUSTICE
1250 I Street NW, 4th Floor
Washington, D.C. 20005
(202) 667-4500
hvizcarra@earthjustice.org

*Counsel for Plaintiff Union of Concerned Scientists*