**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNION OF CONCERNED SCIENTISTS, and ENVIRONMENTAL DEFENSE FUND<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL SCIENCE FOUNDATION, and OFFICE OF MANAGEMENT AND BUDGET<br><br>*Defendants*. | Civil Action No. 1:26-cv-03170-CKK |

**DECLARATION OF NICHOLAS LOH CERTIFYING FAMILIARITY WITH THE LOCAL RULES OF THIS COURT**

I, Nicholas Loh, hereby declare under penalty of perjury that the foregoing is true and correct and state as follows pursuant to 28 U.S.C. § 1746 and Local Civil Rule 11.2:

1. I am an attorney with Earthjustice, located at 48 Wall Street, 15th Floor, New York, New York 10005, (212) 845-7376.
2. I submit this declaration pursuant to Court's September 18, 2026 Minute Order in connection with my appearance as counsel of record for Plaintiff Union of Concerned Scientists the above-captioned matter.
3. I hereby certify that I have read, am personally familiar with, and will fully comply with the Local Rules of the United States District Court for the District of Columbia, as well as the Federal Rules of Civil Procedure.

DATED: September 22, 2026

Respectfully submitted,

Nicholas Loh

Nicholas Loh
EARTHJUSTICE
48 Wall Street, 15th Floor
New York, NY 10005
(212) 845-7376
nloh@earthjustice.org