AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Union of Concerned Scientists, et al.<br>*Plaintiff*<br>v.<br>National Science Foundation, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:26-cv-03170-CKK |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Union of Concerned Scientists .

Date: 09/22/2026

Nicholas Loh
*Attorney's signature*

Nicholas Loh, NY Bar No. 5999784
*Printed name and bar number*

48 Wall Street
15th Floor
New York, NY 10005
*Address*

nloh@earthjustice.org
*E-mail address*

(212) 845-7376
*Telephone number*

*FAX number*