**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNION OF CONCERNED SCIENTISTS, and ENVIRONMENTAL DEFENSE FUND<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL SCIENCE FOUNDATION, and OFFICE OF MANAGEMENT AND BUDGET<br><br>*Defendants*. | Civil Action No. 1:26-cv-03170-CKK |

**DECLARATION OF AMEYA GEHI CERTIFYING FAMILIARITY**

**WITH THE LOCAL RULES OF THIS COURT**

I, Ameya Gehi, hereby declare under penalty of perjury that the foregoing is true and correct and state as follows pursuant to 28 U.S.C. § 1746 and Local Civil Rule 11.2:

1. I am an attorney with Earthjustice, located at 1125 17th Street, Suite 1010, Denver, Colorado 80202, (303) 996-9614.
2. I submit this declaration pursuant to Court's September 18, 2026 Minute Order in connection with my appearance as counsel of record for Plaintiff Union of Concerned Scientists the above-captioned matter.
3. I hereby certify that I have read, am personally familiar with, and will fully comply with the Local Rules of the United States District Court for the District of Columbia, as well as the Federal Rules of Civil Procedure.

DATED: September 22, 2026 Respectfully submitted,

*/s Ameya Gehi*

Ameya Gehi
EARTHJUSTICE
1125 17th Street, Suite 1010
Denver, CO 80202
(303) 996-9614
agehi@earthjustice.org