AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Union of Concerned Scientists, et al.
*Plaintiff*
v.
National Science Foundation, et al.
*Defendant*

Case No. 1:26-cv-03170-CKK

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Union of Concerned Scientists .

Date: 09/22/2026

*Attorney's signature*

Ameya Gehi, CO Bar No. 62893
*Printed name and bar number*

1125 17th Street
Suite 1010
Denver, CO 80202
*Address*

agehi@earthjustice.org
*E-mail address*

(303) 996-9614
*Telephone number*

(720) 550-5757
*FAX number*