Civil Action No. 1:26-cv-3170

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. Attorney's Office for the District of Columbia was received by me on *(date)* 09/15/2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: I served the U.S. Attorney's Office for the District of Columbia via email. The service package was received and accepted with a service date of September 15, 2026 as shown in the attached .

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/28/2026

Hana Vizcarra
*Server's signature*

Hana V. Vizcarra, Deputy Managing Attorney
*Printed name and title*

Earthjustice
1250 I Street NW, 4th Floor
Washington, D.C. 20005
*Server's address*

Additional information regarding attempted service, etc:

**From:** USADC-ServiceCivil
**To:** Hana Vizcarra; USADC-ServiceCivil
**Cc:** brian
**Subject:** RE: UNION OF CONCERNED SCIENTISTS et al v. NATIONAL SCIENCE FOUNDATION et al, 1:26-cv-03170-CKK
**Date:** Wednesday, September 16, 2026 5:10:52 PM
**Attachments:** image001.png

---

**External Sender**

Your submission has been received by email on September 15, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

---

**From:** Hana Vizcarra <hvizcarra@earthjustice.org>
**Sent:** Tuesday, September 15, 2026 5:53 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** brian <brian@jacobsonlawyersgroup.com>
**Subject:** [EXTERNAL] UNION OF CONCERNED SCIENTISTS et al v. NATIONAL SCIENCE FOUNDATION et al, 1:26-cv-03170-CKK

Counsel,
Attached please find a copy of the summons and complaint in *Union of Concerned Scientists and Environmental Defense Fund v. National Science Foundation and the Office of management and Budget*, No. 26-cv-03170, filed on September 10, 2026.

Thank you,
Hana V. Vizcarra
Deputy Managing Attorney, National Climate
DC Office
Earthjustice
202-840-6203
hvizcarra@earthjustice.org
*Admitted to practice in DC and MD.*

*The information contained in this email message may be privileged, confidential and protected from disclosure.*
*If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.*
*If you think that you have received this email message in error, please notify the sender by reply email and delete the message and any attachments.*