FOIA Summons (1/13) (Page 2)

Civil Action No. 1:26-cv-3170

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* National Science Foundation

was received by me on *(date)* 09/17/2026 .

❒ I personally served the summons on the individual at *(place)* ____________ on *(date)* ________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________ on *(date)* ________ ; or

❒ I returned the summons unexecuted because ____________ ; or

☑ Other *(specify)*: I caused the summons to be served on the individual via USPS Certified Mail Return Receipt Requested on 09/17/2026. The summons was delievered on 09/22/2026; copies of the return receipt and tracking information are attached hereto.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/28/2026

Hana Vizcarra

*Server's signature*

Hana V. Vizcarra, Deputy Managing Attorney

*Printed name and title*

Earthjustice
1250 I Street NW, 4th Floor
Washington, D.C. 20005

*Server's address*

Additional information regarding attempted service, etc:

USPS TRACKING #

9590 9402 3418 7227 7613 50

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

HANA VIZCARRA
C/O SAMANTHA DILLEY
EARTHJUSTICE
1250 I STREET NW
4th FLOOR
WASHINGTON, DC 20005

05-392299

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NATIONAL SCIENCE FOUNDATION
RANDOLPH BUILDING
401 DULANY STREET
ALEXANDRIA, VA 22314

9590 9402 3418 7227 7613 50

2. Article Number *(Transfer from service label)*

7017 2680 0000 1091 0828

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X [signature] ☑ Agent ☐ Addressee

B. Received by *(Printed Name)* DAVON MAILROOM

C. Date of Delivery 9/22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
00)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

ALERT: IMPACTS FROM A NOR'EASTER IN THE NORTHEAST, HURRICANE NOLO IN HAWAII, A...

# USPS Tracking®

FAQs >

Tracking Number:

**70172680000010910828**

Remove ✕

Copy Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:06 pm on September 22, 2026 in ALEXANDRIA, VA 22314.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

ALEXANDRIA, VA 22314
September 22, 2026 12:06 PM

**Redelivery Scheduled for Next Business Day**

ALEXANDRIA, VA 22314
September 21, 2026 6:07 PM

**Out for Delivery**

ALEXANDRIA, VA 22314
September 19, 2026 10:25 AM

**Arrived at Post Office**

ALEXANDRIA, VA 22314
September 19, 2026 10:14 AM

**Arrived at USPS Facility**

MERRIFIELD VA DISTRIBUTION CENTER

Feedback

September 19, 2026 4:53 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 17, 2026 10:07 PM

**Departed Post Office**

WASHINGTON, DC 20018
September 17, 2026 5:09 PM

**USPS in possession of item**

WASHINGTON, DC 20018
September 17, 2026 4:04 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**