Civil Action No. 1:26-cv-3170

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Todd Blanche, Attorney General of the United States

was received by me on *(date)* 09/11/2026 .

❐ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* __________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* __________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* __________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* __________

______________________ on *(date)* __________ ; or

❐ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify)*: I caused the summons to be served on the individual via USPS Certified Mail Return Receipt Requested on 09/15/2026. The summons was delievered on 09/22/2026; copies of the return receipt and tracking information are attached hereto.

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/02/2026

Hana Vizcarra
*Server's signature*

Hana V. Vizcarra, Deputy Managing Attorney
*Printed name and title*

Earthjustice
1250 I Street NW, 4th Floor
Washington, D.C. 20005
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TODD BLANCHE
ATTORNEY GENERAL OF THE UNITED STATES
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE., NW
WASHINGTON, D.C. 20530

INSPECTED 23

9590 9402 3418 7227 7613 81

2. Article Number *(Transfer from service label)*

7017 2680 0000 1091 0804

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X Evie Sassok

☐ Agent
☐ Addressee

B. Received by (Printed Name) SEP 22 2026

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Mail Restricted Delivery
00)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 3418 7227 7613 81

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Hana Vizcarra
c/o Samantha Dilley
EARTHJUSTICE
1250 I STREET NW
4TH FLOOR
WASHINGTON DC 20005

ALERT: IMPACTS FROM FLOODING IN THE MIDWEST REGION OF THE U.S. MAY DELAY FINAL...

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 70172680000010910804

Copy Add to Informed Delivery

### Latest Update

Your item was picked up at the post office at 10:00 am on September 22, 2026 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
September 22, 2026 10:00 AM

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20022
September 21, 2026 3:31 PM

**Arrived at Post Office**

WASHINGTON, DC 20018
September 21, 2026 12:19 PM

**Departed Post Office**

WASHINGTON, DC 20002
September 15, 2026 8:14 PM

**USPS in possession of item**

WASHINGTON, DC 20002

September 15, 2026 5:46 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**