UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNION OF CONCERNED SCIENTISTS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SCIENCE FOUNDATION, et al.<br><br>Defendants. | Civil Action No. 26-cv-3170 (CKK) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Michael Yohannan as counsel for all Defendants in the above-captioned case.

Dated: October 5, 2026
Washington, D.C.

Respectfully submitted,

*/s/ Michael Yohannan*

MICHAEL YOHANNAN
Pennsylvania Bar #307575
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, DC 20530
Telephone: 202-809-2054
Michael.Yohannan@usdoj.gov

*Attorney for the United States of America*