UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNION OF CONCERNED SCIENTISTS, et al.<br>Plaintiffs,<br><br>v.<br><br>NATIONAL SCIENCE FOUNDATION et al.,<br><br>Defendants. | Civil Action No. 26-3170 (ABJ) |

**MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

Pursuant to Rule 6(b), Defendants respectfully move for a 30-day extension of the deadline to answer Plaintiffs' complaint in this case. Prior to filing this motion, undersigned counsel conferred with Plaintiffs, through counsel, and counsel stated the Plaintiffs oppose the relief in this motion.

Plaintiffs filed this action on September 10, 2026, contesting Defendant's response to four separate but topically related FOIA requests that Plaintiff submitted under the Freedom of Information Act which were submitted to Defendants in March and February 2026. *See* ECF No. 1. Defendants' answer is currently due on October 15, 2026. Defendant seeks a 30-day extension of that deadline to November 16, 2026.

There is good cause to grant this motion. Undersigned counsel, as well as attorneys from the National Science Foundation and the Office of Management and Budget, were just assigned to this case earlier this week. The attorneys from NSF and OMB will need some additional time to ascertain the status of the four separate FOIA requests at issue in this case so that they can assist in drafting the answer to the complaint. A 30-day extension will allow undersigned counsel to work with NSF and OMB to identify any issues that might complicate processing the FOIA

requests at issue. Undersigned counsel will communicate the status of the requests to Plaintiffs' counsel upon receiving such information.

Defendants propose this extension in good faith and not for the purpose of delay and Plaintiffs will not be prejudiced by a 30-day extension to file the answer nor would the extension delay processing of the FOIA request at issue. Accordingly, granting Defendants' motion is unlikely to significantly affect future deadlines, and will allow Defendants sufficient time to respond to the Complaint, to ascertain the status of the response to the FOIA requests at issue, and to provide useful information to Plaintiffs.

WHEREFORE, Defendants respectfully request that the deadline to respond to the Complaint be extended to November 16, 2026. A proposed order is enclosed herewith.

Dated: October 9, 2026
Washington D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Michael E. Yohannan*

MICHAEL E. YOHANNAN
PA Bar #307575
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, DC 20530
Telephone: 202-809-2054
Michael.Yohannan@usdoj.gov

*Attorney for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNION OF CONCERNED SCIENTISTS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SCIENCE FOUNDATOIN et al.<br><br>Defendants. | Civil Action No. 22-2477(ABJ) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for an extension of time to respond to Plaintiff's Complaint, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that the deadline for Defendants to file its response to Plaintiffs' Complaint is extended to, and including, November 16, 2026.

SO ORDERED:

________________
Date

____________________________
AMY BERMAN JACKSON
United States District Judge