UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNION OF CONCERNED SCIENTISTS, et al.

Plaintiffs,

v.

NATIONAL SCIENCE FOUNDATOIN et al.

Defendants.

Civil Action No. 22-2477(ABJ)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for an extension of time to respond to Plaintiff's Complaint, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that the deadline for Defendants to file its response to Plaintiffs' Complaint is extended to, and including, November 16, 2026.

SO ORDERED:

Date

AMY BERMAN JACKSON
United States District Judge