UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNION OF CONCERNED SCIENTISTS, et al.<br>Plaintiffs,<br>v.<br>NATIONAL SCIENCE FOUNDATION et al.,<br>Defendants. | Civil Action No. 26-3170 (CKK) |

**MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

Pursuant to Rule 6(b), Defendants respectfully move for a 14-day extension of the deadline to answer Plaintiffs' complaint in this case. Prior to filing this motion, undersigned counsel conferred with Plaintiffs, through counsel, and counsel stated the Plaintiffs consent to an extension through Monday, October 19, 2026, but that Plaintiffs oppose a longer extension.

Plaintiffs filed this action on September 10, 2026, contesting Defendant's response to four separate but topically related FOIA requests that Plaintiff submitted under the Freedom of Information Act which were submitted to Defendants in March and February 2026. *See* ECF No. 1. Defendants' answer is currently due on October 15, 2026. Defendant seeks a 14-day extension of that deadline to October 29, 2026.

Defendants acknowledge that the Court previously denied a 30-day extension but aver that There is good cause to grant this motion for a 14-day extension. Staff from the Office of Management and Budget (OMB) and the National Science Foundation (NSF) are working to ascertain the status of the four above-referenced FOIA requests and to draft an answer to the complaint. Additionally, undersigned counsel learned today that his contact at the NSF left that agency. Undersigned counsel thereafter identified different contacts at the NSF who are now

working on this matter. Undersigned counsel was only assigned to this matter last week and is working diligently to meet a number of litigation deadlines. Undersigned counsel has told Plaintiffs' counsel that he will provide updates on the status of the FOIA requests when he receives such information.

Defendants propose this extension in good faith and not for the purpose of delay. Plaintiffs will not be prejudiced by an extension to file the answer, nor would the extension delay processing of the FOIA request at issue. Accordingly, granting Defendants' motion is unlikely to significantly affect future deadlines, and will allow Defendants sufficient time to respond to the Complaint, to ascertain the status of the response to the FOIA requests at issue, and to provide useful information to Plaintiffs.

WHEREFORE, Defendants respectfully request that the deadline to respond to the Complaint be extended to October 29, 2026. A proposed order is enclosed herewith.

Dated: October 14, 2026
Washington D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Michael E. Yohannan*
MICHAEL E. YOHANNAN
PA Bar #307575
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, DC 20530
Telephone: 202-809-2054
Michael.Yohannan@usdoj.gov

*Attorney for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNION OF CONCERNED SCIENTISTS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SCIENCE FOUNDATOIN et al.<br><br>Defendants. | Civil Action No. 22-2477(CKK) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for an extension of time to respond to Plaintiff's Complaint, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that the deadline for Defendants to file its response to Plaintiffs' Complaint is extended to, and including, October 29, 2026.

SO ORDERED:

________________
Date

____________________________
COLLEEN KOLLAR KOTELLY
United States District Judge